IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER DECOTEAU, | CASE NO. 4:14CV3166 |
| Petitioner, | |
| v. | MEMORANDUM AND ORDER |
| MICHAEL KENNEY, | |
| Respondent. | |

Petitioner has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Filing No. 6), and two Motions for Leave to Proceed in Forma Pauperis (Filing Nos. 2 and 7). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). However, pursuant to 28 U.S.C. § 1915(a)(1)-(2), and after considering Petitioner's financial status as shown in the records of this court, provisional leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the fee at this time. Accordingly,

IT IS ORDERED: Petitioner's Motions for Leave to Proceed in Forma Pauperis (Filing Nos. 2 and 7) are granted.

DATED this 29th day of August, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge